**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-1901**

---

DONDRILL G. WHITE,

       Plaintiff - Appellant,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security
Administration,

       Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief
District Judge.  (2:12-cv-00451-RBS-LRL)

---

Submitted: January 21, 2014      Decided: January 23, 2014

---

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Dondrill G. White, Appellant Pro Se.  Kent Pendleton Porter,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dondrill G. White appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint as untimely filed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. White v. Colvin, No. 2:12-cv-00451-RBS-LRL (E.D. Va. June 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED